**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6402**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

TROY PELTS, a/k/a James Lee Start,

                    Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  James A. Beaty, Jr., Chief District Judge. (6:92-cr-00305-JAB-1)

Submitted:  July 21, 2011            Decided:  August 3, 2011

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Troy Pelts, Appellant Pro Se.  L. Patrick Auld, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troy Pelts appeals the district court's orders denying his motion filed under 18 U.S.C. § 3582(c)(2) (2006) for reduction of sentence and denying his motion for an extension of time to file an appeal. We have reviewed the record and Pelts's contentions regarding his § 3582(c)(2) motion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Pelts, No. 6:92-cr-00305-JAB-1 (M.D.N.C. July 13, 2009). Because we have reviewed Pelts's challenge to the denial of a sentence reduction on the merits, we find his appeal of the denial of the motion for an extension to be moot. United States v. Pelts, No. 6:92-cr-00305-JAB-1 (M.D.N.C. Jan. 8, 2010). Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2